**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**
Date: October 03, 2017
Docket #: 17-2798
Short Title: Tiffany and Company v. Costco Wholesale
Corporation

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**
DC Docket #: 13-cv-1041
DC Court: SDNY (NEW YORK
CITY)
DC Judge: Freeman
DC Judge: Swain

**INITIAL NOTICE OF STAY OF APPEAL**

A notice of appeal was filed in this case on September 8, 2017. Since at least one motion cited in 4(a)(4), has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8653.